UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL SECURITY INSURANCE COMPANY,

        Plaintiff,

   v.

LIBERTY MUTUAL INSURANCE COMPANY, et al.,

        Defendants.

NO. CIV. S-04-1081 FCD KJM

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

        Plaintiff filed this action on June 7, 2004 and an Order Requiring a Joint Status Report was filed concurrently. On July 9, 2004, plaintiff filed a return of service executed as to defendants Raghbir Singh, Kamaljeet Kaur Dhillon, Baljeet Dhillon and Avtar S. Sahota. On July 14, 2004, defendant Liberty Mutual filed an answer, cross-claim and counterclaim.  On August 2, 2004, counter defendant, General Security, filed its answer to the counterclaim.

        On September 30, 2004, plaintiff requested an order from the court allowing service of the summons and complaint by

1  publication on defendants Parvinder Singh Suner and Paul Sunar
2  which was granted on October 4, 2004.  On November 22, 2004,
3  proof of publication service was filed as to those defendants.
4      On February 3, 2005, plaintiff requested that default be
5  entered against all defendants except Liberty Mutual and on
6  February 9, 2005 defaults were entered against those defendants
7  in accordance with F.R.C.P 55(a).
8      As of September 14, 2005, no further action has been taken
9  by plaintiff on final resolution as to the defendants in which
10 default was entered and no action has been taken by plaintiff and
11 defendant Liberty Mutual as to the scheduling of this action.
12 Accordingly, the court makes the following orders:
13      1.   Plaintiffs' counsel and defendant's counsel, Jessica L.
14           Meeks, are ordered to show cause why they should not be
15           sanctioned in the amount of $150.00 each for failure to
16           file a joint status report in compliance with the
17           court's order of June 7, 2004;
18      2.   Plaintiffs' counsel is also ordered to show cause why
19           the case should not be dismissed against those
20           defendants in which default was entered for failure to
21           prosecute;
22      3.   Counsel shall file a response to the order to show
23           cause on or before September 30, 2005;
24 ///
25 ///
26 ///
27 ///
28 ///

1      4.   A status conference is set for Friday, October 7, 2005
2           at 10:00 a.m.  A joint status report between plaintiff
3           and defendant Liberty Mutual shall be filed no later
4           than September 30, 2005. A hearing on this order to
5           show cause shall follow the status set on
6           October 7, 2005.
7     IT IS SO ORDERED.
8  DATED: September 15, 2005.

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE