MARY P. MCCURDY (SBN 116812)
LAURA J. RUETTGERS (SBN 206636)
MCCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant and Cross-Claimant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL SECURITY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; RAGHBIR SINGH, PARVINDER SINGH SUNER doing business as SUNER EXPRESS; PAUL SUNER; KAMALJEET KAUR DHILLON AND BALJEET DHILLON doing business as DHILLON TRANSPORT; and AVTAR S. SAHOTA doing business as ALIEN TRANSPORT,<br><br>　　　　　　　Defendants. | Case No. CIV.S-04-1081 FCD KJM<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE/ORDER THEREON** |
| AND RELATED COUNTER-CLAIM | |

The parties to this action have reached a settlement agreement. Therefore, the parties respectfully request that the Court dismiss plaintiff General Security Insurance Company's complaint with prejudice and that the Court dismiss counter-claimant Liberty Mutual Fire Insurance Company's counter claim with prejudice, with each side to bear its own costs and fees.

Dated: August 15, 2006         By: _____
　　　　　　　　　　　　　　　　　LAURA J. RUETTGERS
　　　　　　　　　　　　　　　　　McCURDY & FULLER LLP
　　　　　　　　　　　　　　　　　Attorneys for Defendant and
　　　　　　　　　　　　　　　　　Counterclaimant LIBERTY MUTUAL
　　　　　　　　　　　　　　　　　FIRE INSURANCE COMPANY

1
2  Dated: August __, 2006                By: _____
3                                            David J. Garthe, Esq.
                                             BOORNAZIAN, JENSON & GARTHE
4                                            Attorneys for Plaintiff
                                             GENERAL SECURITY INSURANCE
5                                            COMPANY
6
7  **IT IS SO ORDERED**
8  Dated: August 21, 2006                /s/ Frank C. Damrell Jr.
9                                         Hon. Frank C. Damrell, Jr.,
                                          UNITED STATES DISTRICT JUDGE
10

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

GEN SEC-LIBERTY Request for Dismissal-Order_v1.DOC   - 2 -
**Request for Dismissal with Prejudice/Order**